Turner's License.  Cragan's License.  Sterner's License. Heckman's License.  Knight's License.

Argued May 2, 1904.  Appeals, Nos. 113, 114, 115, 116 and 117, by B. E. Turner, Patrick Cragan, George W. Sterner, John Heckman and Harry N. Knight, from decree of Superior Court, Oct. T., 1903, Nos. 189, 190, 191, 192 and 193, reversing decree of Q. S. Potter Co., granting liquor licenses in In re Petitions for Hotel License.  Before MITCHELL, C. J., BROWN, MESTREZAT, POTTER and THOMPSON, JJ.  Reversed.

OPINION BY MR. JUSTICE BROWN, May 23, 1904:

These cases are controlled by McGonnell's Appeal, in which we have this day filed an opinion.  The decree of the Superior Court in each case is reversed and the order of the court of quarter sessions of Potter county, granting a license to the appellant, is affirmed, the costs on this appeal, as well as on that to the Superior Court, to be paid by the appellees.